# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| DARTANION A. MCGEE, | ) | |
| | ) | |
| Plaintiff, | ) | Docket No.:3:14-CV-01776 |
| | ) | |
| v. | ) | |
| | ) | Judge Crenshaw |
| FOOD WARMING EQUIPMENT, INC., | ) | |
| BRIAN GATES, JOE PILKINGTON, | ) | Magistrate Judge Newbern |
| DEREK CODDINGTON, AND PHILLIP | ) | |
| OHLSON. | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Come now Defendants Food Warming Equipment, Inc. ("FWE"), Brian Gates ("Gates"), Joe Pilkington ("Pilkington"), Derek Coddington ("Coddington"), and Phillip Ohlson ("Ohlson") (collectively "Defendants"), and hereby notify the Court that attorney Valeria E. Gomez (B.P.R. No. 32131), is no longer associated with Butler Snow LLP, having earlier accepted a position with the University of Tennessee College of Law, and accordingly is no longer involved in the representation of such Defendants. Therefore, the Defendants, request that Ms. Gomez be removed as counsel of record for the Defendants and from the Court's ECF System for receiving pleadings.

Respectfully submitted,

BUTLER SNOW LLP

/s/ H. Rowan Leathers III
H. Rowan Leathers III (B.P.R. No. 10023)
The Pinnacle at Symphony Place
150 Third Avenue South, Suite 1600

Nashville, TN 37201
Telephone: (615) 651-6700
Fax: (615) 651-6701

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Withdrawal of Attorney was served upon the following counsel via the Court's ECF Filing System on the 24th day of February, 2017.

Doug B. Janney III
Law Office of Douglas B. Janney III
2002 Richard Jones Road, Suite B-200
Nashville, TN 37215
doug@janneylaw.com

Cynthia A. Sherwood
Sherwood Boutique Litigation, PLC
201 Fourth Avenue North, Suite 1130
Nashville, TN 37219
cynthia@sherwoodlitigation.com

/s/ H. Rowan Leathers III
H. Rowan Leathers III

35504581v1